## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 19 | **DATE** | 12/07/07 |
| **CASE TITLE** | USA vs. Michael Myint | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Michael Myint appears in response to arrest on 12/07/07. Defendant informed of his rights. Government's oral motion for pretrial detention is granted. Defendant to remain in custody pending further order of the court. Detention hearing is set for 12/10/07 at 3:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|