Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 19 | **DATE** | 12/10/07 |
| **CASE TITLE** | USA vs. Michael Myint | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree on certain condition of release. Defendant waives his right to a preliminary examination. Enter a finding of probable cause: Order defendant to the District Court for further proceedings.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|