IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**UNITED STATES OF AMERICA**

VS.

            07 CR 799-19
            Honorable Judge
            Guzman

**MICHAEL MYINT-(19),**

     **Defendant,**

### NOTICE OF FILING

To: Tim Chapman
   U.S. Attorney's Office
   219 S. Dearborn Street
   Suite 500
   Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 20th day of February 2008, I filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn, **Attorney Appearance Form,** a copy of which is hereby served upon you.

                Respectfully Submitted.
                /s/Michael F. Clancy
                Michael F. Clancy

Michael F. Clancy, Esq
Attorney at Law
53 W. Jackson Blvd.
Suite 1401
Chicago, IL. 60604
(312) 427-0288