UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | l | |
| Plaintiff, | l | |
| v. | l | No. 07 CR 799-19 |
| | l | Honorable Geraldine Soat Brown |
| MICHAEL MYINT | l | |
| Defendant | l | |

To: Timothy J. Chapman, Esq.
    Steven J. Dollear, Esq.
    Assistant United States Attorneys
    219 S. Dearborn St. 5th Floor
    Chicago, IL  60604

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**Please take notice** that on March 6, 2008, the undersigned caused the Emergency Petition To Enlarge the Conditions of Release to be filed with the Clerk of the District Court, 219 S. Dearborn Street, Chicago, a copy of which is hereby served upon the above addressees by hand delivery.

### NOTICE OF MOTION

**Please also take notice** that the undersigned shall appear before the emergency Magistrate Judge Geraldine Soat Brown in her usual courtroom at 10:00 a.m., on March 7, 2008, and there and then present the attached Emergency Petition.

                                                      _____
                                                      Carl P. Clavelli
                                                      Attorney for Defendant
                                                      321 S. Plymouth Court
                                                       Suite 1500
                                                     Chicago, IL  60604
                                                     (312) 922-5460