# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                       Case No.: 1:07−cr−00799
                                           Honorable Ronald A. Guzman

Ju Wen Zhou, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Nan R. Nolan : Emergency motion hearing held on 3/7/08 as to Michael Myint (19). Defendant's emergency motion to modify conditions of release [145] is granted. Conditions of release shall be modified to add the following: Defendant shall be allowed to live and work at the Eastern District of Wisconsin (Milwaukee location) five days a week. Defendant's supervision will be at the discretion of Pretrial Services. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.