Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 19 | **DATE** | 04/02/08 |
| **CASE TITLE** | USA vs. Michael Myint | | |

**DOCKET ENTRY TEXT**

Motion hearing held on defendant's oral motion to amend bond. Defendant's oral motion to substitute property posted as bond on 12/10/07 with parents property out-lined in open court is granted. All other conditions of release to stand.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | LXS |
|---|---|---|