UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|     Plaintiff, | ) |
|     v. | )   No. 07 CR 799-19 |
| | )   Honorable Ronald A. Guzman |
| MICHAEL MYINT | ) |
|     Defendant | ) |

To: Timothy J. Chapman, Esq.
    Steven J. Dollear, Esq.
    Assistant United States Attorneys
    219 S. Dearborn St. 5th Floor
    Chicago, IL  60604

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**Please take notice** that on April 18, 2008, the undersigned caused the Motion To Preserve Agents' Notes to be filed with the Clerk of the District Court, 219 S. Dearborn Street, Chicago, a copy of which is hereby served upon the above addressees by the Court's ECF filing system.

                                      S/Carl P. Clavelli
                                      Carl P. Clavelli
                                      Attorney for Defendant
                                      321 S. Plymouth Court
                                       Suite 1500
                                      Chicago, IL  60604
                                      (312) 922-5460