UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | l | |
| Plaintiff, | l | |
| v. | l | No. 07 CR 799-19 |
| | l | Honorable Nan R. Nolan |
| MICHAEL MYINT | l | |
| Defendant | l | |

**AGREED PETITION SEEKING PERMISSION TO TRAVEL**

Michael Myint, defendant herein, through his attorney, Carl P. Clavelli, respectfully submits the following request to enlarge the conditions of his pretrial release, and states as follows:

1. On December 10, 2007, this defendant surrendered his passport and was placed on pretrial release. Since that time, he has met the conditions set by the Court for his release.

2. He is requesting a temporary modification of those conditions to permit him to travel to Hawaii between the dates of May 1, 2008 and May 6, 2008, to attend the wedding of friends, Should the Court grant this request, Mr. Myint will be staying at Aina Nalu 660 Wainee Street, Lahaina, Hawaii, 96761, where arrangements have been made for guests. As always, he is reachable on his mobile telephone.

3. Counsel has spoken with the prosecution in this matter, Timothy J. Chapman, and upon being advised of this request indicated he had no objection.

WHEREFORE, for the above and foregoing reasons, Michael Myint, defendant herein, moves for the entry of an Order modifying the conditions of his pretrial release as requested herein.

2

Respectfully submitted,


<u>/S/ Carl P. Clavelli</u>
Carl P. Clavelli
321 S. Plymouth Court Suite 1500
Chicago, IL  60604
Attorney for Michael Myint
(312) 922-5460