UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA            |
                Plaintiff,            |
        v.            |  No. 07 CR 799-19
                    |  Honorable Ronald A. Guzman
MICHAEL MYINT            |
              Defendant            |

    To:  Timothy J. Chapman, Esq.
         Steven J. Dollear, Esq.
         Assistant United States Attorneys
         219 S. Dearborn St. 5th Floor
         Chicago, IL  60604

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

    **Please take notice** that on April 21, 2008, the undersigned caused the Agreed

Petition To Permit Travel to be filed with the Clerk of the District Court, 219 S. Dearborn

Street, Chicago, a copy of which is hereby served upon the above addressees by the

Court's ECF filing system .

                                       S/Carl P. Clavelli
                                    Carl P. Clavelli
                                    Attorney for Defendant
                                    321 S. Plymouth Court
                                     Suite 1500
                                    Chicago, IL  60604
                                    (312) 922-5460