Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 19 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Michael Myint | | |

**DOCKET ENTRY TEXT**

Defendant's Agreed Petition Seeking Permission to Travel [163] is granted. Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | LXS |
|---|---|---|