UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | l | |
| Plaintiff, | l | |
| v. | l | No. 07 CR 799-19 |
| | l | Honorable Ronald A. Guzman |
| MICHAEL MYINT | l | |
| Defendant | l | |

**AGREED PETITION SEEKING PERMISSION TO TRAVEL**

Michael Myint, defendant herein, through his attorney, Carl P. Clavelli, respectfully submits the following request to enlarge the conditions of his pretrial release, and states as follows:

1. On December 10, 2007, this defendant surrendered his passport and was placed on pretrial release. Since that time, he has met the conditions set by the Court for his release.

2. He is requesting a temporary modification of those conditions to permit him to travel to San Diego between the dates of August 7, 2008 and August 9, 2008, and then on to Las Vegas between the dates of August 9, 2008 and August 11, 2008, to attend the wedding of friends. Should the Court grant this request, Mr. Myint will be staying at the Courtyard Marriott in San Diego and the Hard Rock Hotel in Las Vegas, where arrangements have been made for guests. As always, he is reachable on his mobile telephone.

3. Counsel has spoken with the lead prosecutor in this matter, Timothy J. Chapman, and upon being advised of this request indicated he had no objection.

1

2

WHEREFORE, for the above and foregoing reasons, Michael Myint, defendant herein, moves for the entry of an Order temporarily modifying the conditions of his pretrial release as requested herein.

        Respectfully submitted,

        <u>/S/ Carl P. Clavelli</u>
        Carl P. Clavelli
        321 S. Plymouth Court Suite 1500
        Chicago, IL  60604
        Attorney for Michael Myint
        (312) 922-5460