UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | l | |
| Plaintiff, | l | |
| v. | l | No. 07 CR 799-19 |
| | l | Honorable Ronald A. Guzman |
| MICHAEL MYINT | l | |
| Defendant | l | |

To: Timothy J. Chapman, Esq.
Steven J. Dollear, Esq.
Assistant United States Attorneys
219 S. Dearborn St. 5th Floor
Chicago, IL 60604

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**Please take notice** that on August 1, 2008, the undersigned caused the Agreed Petition To Permit Travel to be filed with the Clerk of the District Court, 219 S. Dearborn Street, Chicago, a copy of which is hereby served upon the above addressees by the Court's ECF filing system .

## NOTICE OF MOTION

**Please take further notice** that the undersigned shall appear on August 5, 2008, at 9:30 a.m., before the Honorable Ronald A. Guzman, in his usual courtroom, 219 S. Dearborn St., Chicago, IL, and there and then present the aforementioned Petition to Permit Travel.

S/ Carl P. Clavelli
Carl P. Clavelli
Attorney for Defendant
321 S. Plymouth Court
Suite 1500
Chicago, IL 60604
(312) 922-5460