# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 799 - 19 | DATE | 8/5/2008 |
| CASE TITLE | USA vs. MICHAEL MYINT | | |

**DOCKET ENTRY TEXT**

Motion by Michael Myint to modify conditions of release To Permit Travel [197] is granted from 8/7/08 through 8/11/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|