

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>v.<br>MICHAEL MYINT<br>    Defendant | No. 07 CR 799-19<br>Honorable Ronald A. Guzman |

### AGREED ORDER

This cause comes on to be heard upon the Motion of the defendant, Michael Myint, for entry of an Agreed Order enlarging the travel restriction presently imposed as a condition of pretrial release, both the attorney for the United States of America and the Pretrial Services Officer being fully advised and having no objection to the entry of the following Order:

IT IS HEREBY ORDERED that the defendant, Michael Myint, is permitted to travel to San Diego, CA and Las Vegas, NV, during the period August 7, 2008, thru August 11, 2008.

Ronald A. Guzman
Judge, United States District Court

Date 8/05/08

Carl P. Clavelli
Attorney for Defendant
321 S. Plymouth Court
 Suite 1500
Chicago, IL 60604
(312) 922-5460