UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL MYINT )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07 CR 799-19<br><br>Magistrate Judge Nan R. Nolan |

## RELEASE OF FORFEITURE AGREEMENT

NOTICE IS HEREBY GIVEN by the United States of America that certain property named in a forfeiture agreement recorded with the Cook County Recorder's Office on December 13, 2007, as Document Number 0734760056, is hereby released and discharged.

Accordingly, the lien is released and the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned to the surety Michael Myint.

The property affected by this release is located at 428 North Noble, Unit #4, Chicago, Illinois described legally as follows:

> UNIT 428-4 TOGETHER WITH ITS UNDIVIDED PERCENT INTEREST IN THE COMMON ELEMENTS IN 428 N NOBLE CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NO. 0021209778, IN THE SOUTHEAST 1/4 OF THE WEST ½ OF THE NORTHWEST

1/4 OF SECTION 8, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent real estate index number: 17-08-137-026-1004.

Further information concerning this action may be obtained from the undersigned Assistant United States Attorney.

                                                    Respectfully submitted,

                                                    PATRICK J. FITZGERALD
                                                    United States Attorney

Prepared By:      /s/ _____
                         TIMOTHY CHAPMAN
                         Assistant United States Attorney
                         219 South Dearborn Street, 5th Floor
                         Chicago, Illinois 60604
                         (312)353-5300

Return to:

United States Attorneys Office
219 South Dearborn Street
Room 500
Chicago, Illinois 60604
Attention: Ann Bissell